# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| *Plaintiff* § | |
| § | **Case No. 1:20-CR-00047-RP-13** |
| **v.** § | |
| § | |
| **AMANDA NICOLE SALES (13),** § | |
| *Defendant* § | |

## Order Granting Motion to Modify Conditions of Pre-Trial Release

Before the Court is Defendant Amanda Nicole Sales's Motion for Modification of Conditions of Release, filed on March 2, 2021 (Dkt. 289). Defendant asks the Court to remove her location monitoring condition of release. The Government and Defendant's Supervising Pretrial Services Officer are unopposed to the Motion.

**IT IS THEREFORE ORDERED** that Paragraph 7(q) of Defendant's Additional Conditions of Release (Dkt. 146) is **AMENDED** to remove Defendant's location monitoring condition. All other conditions of release remain as previously ordered.

**SIGNED** on March 3, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE